UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATICIA PALMER,

    Plaintiff,

v.

BENTON HARBOR HOUSING
COMMISSION, et al.

    Defendants.
_____/

Hon. Paul L. Maloney

Case No. 1:14-cv-00513-PLM

## ORDER

This matter is before the Court on Plaintiff's Motion to Amend Complaint (Docket 22). Defendants have filed a response indicating they have no objection to the amended complaint (Docket 24). Accordingly, and with the Court being fully advised in the premises, the motion is **GRANTED**.

    **IT IS SO ORDERED**.

Date:  August 25, 2014

          /s/ Phillip J. Green
          PHILLIP J. GREEN
          United States Magistrate Judge